# United States Court of Appeals
## For the First Circuit

No. 14-1328

IN RE: BRIAN S. FAHEY,

Debtor

BRIAN S. FAHEY,

Appellant,

v.

MASSACHUSETTS DEPARTMENT OF REVENUE,

Appellee.

No. 14-1350

IN RE: TIMOTHY P. PERKINS,

Debtor

TIMOTHY P. PERKINS,

Appellant,

v.

MASSACHUSETTS DEPARTMENT OF REVENUE,

Appellee.

No. 14-9002

IN RE: ANTHONY M. GONZALEZ,

Debtor

ANTHONY M. GONZALEZ,

Appellee,

v.

MASSACHUSETTS DEPARTMENT OF REVENUE.

Appellant.

No. 14-9003

IN RE: JOHN T. BROWN,

Debtor

JOHN T. BROWN,

Appellee,

v.

MASSACHUSETTS DEPARTMENT OF REVENUE,

Appellant.

**ERRATA SHEET**

The opinion of this Court issued on February 18, 2015 is amended as follows:

On page 15, line 18, following the word "definition," the following phrase is inserted:  of the word "duly"